

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00602-CR

Eddy Lee **KIRKSEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1434-CR-C
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 3, 2018.

Luz Elena D. Chapa, Justice